UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT NOCK,                                         :
                                                     :          23-CV-1042 (JHR) (RWL)
                          Plaintiff,                 :
                                                     :
          - against -                                :          **ORDER**
                                                     :
SPRING ENERGY RRH, LLC, et al,                       :
                                                     :
                          Defendants.                :
                                                     :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As discussed at the conference held on July 23, 2024, by July 30, 2024, non-parties Neil St. Louis and NSL Marketing, LLC (together "NSL") shall conduct a further search and produce any responsive documents located in that search, subject to the following parameters:

1. The search must be conducted in the presence of NSL's attorney, Mr. Sioris, who shall supervise and assist with the search.

2. The search shall include all communication platforms on which NSL communicated with Lonestar, Mohsin Abdul Jabbar, or Ajsolutions.

3. The search shall include a review of NSL's Gmail account and Mr. St. Louis's cell phone.

4. The relevant time period for the search is March 21, 2021 to May 11, 2021, and any communications after that time relating to work performed during that period.

Failure to comply with this order may result in sanctions.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: July 23, 2024
       New York, New York

Copies transmitted this date to all counsel of record.